```
                                                    1
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20415-CR-MARTINEZ

FILED by H.H. D.C.
APPEALS
OCT 1 1 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

-----------------------------------x
UNITED STATES OF AMERICA,           |
                                    |    MIAMI, FLORIDA
            Plaintiff,              |
                                    |    SEPTEMBER 6, 2007
    vs.                             |
                                    |
FREDERICK BRADLEY NOWELL,           |
SR.,                                |
                                    |
            Defendant.              |
-----------------------------------x

TRANSCRIPT RE MOTION TO WITHDRAW
BEFORE THE HONORABLE JOSÉ E. MARTINEZ,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:     JOAN SILVERSTEIN, ESQ.
                        Assistant U.S. Attorney
                        99 Northeast 4th Street
                        Miami, FL 33132          305.961.9121

FOR THE DEFENDANT:      E. ROSS ZIMMERMAN, ESQ.
                        Zimmerman Joseph & Associates
                        7797 North University Drive
                        Suite 108
                        Tamarac, FL 33321        954.722.9900

REPORTED BY:            LARRY HERR, RPR-RMR-FCRR-AE
                        Official United States Court Reporter
                        Federally Certified Realtime Reporter
                        301 North Miami Avenue, Room 296
                        Miami, FL  33128         305.523.5290

TOTAL ACCESS COURTROOM NETWORK REALTIME TRANSCRIPTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 07-20415-CR-JEM
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☑ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____