1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION

                    CASE NO. 07-20415-CR-MARTINEZ
```

FILED by H.D. D.C.
APPEALS
OCT 1 1 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

```
                                        MIAMI, FLORIDA
UNITED STATES OF AMERICA,

            Plaintiff,                  SEPTEMBER 11, 2007

   vs.

FREDERICK BRADLEY NOWELL,
SR.,

            Defendant.
_____x
```

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE JOSÉ E. MARTINEZ,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:    JOAN SILVERSTEIN, ESQ.
                       Assistant U.S. Attorney
                       99 Northeast 4th Street
                       Miami, FL 33132         305.961.9121

FOR THE DEFENDANT:     E. ROSS ZIMMERMAN, ESQ.
                       Zimmerman Joseph & Associates
                       7797 North University Drive
                       Suite 108
                       Tamarac, FL 33321       954.722.9900

                       MARC S. NURIK, ESQ.
                       P.O. Box 1900
                       Fort Lauderdale, FL 33302
                                               954.527.2432

REPORTED BY:           LARRY HERR, RPR-RMR-FCRR-AE
                       *Official United States Court Reporter*
                       *Federally Certified Realtime Reporter*
                       301 North Miami Avenue, Room 296
                       Miami, FL  33128        305.523.5290

**TOTAL ACCESS COURTROOM NETWORK REALTIME TRANSCRIPTION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

### CASE NO. 07-20415-CR-JEM
### DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☑ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____